FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 10 AM 10: 58

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GREGORY LAMONT MEANS          CIVIL ACTION

VERSUS                        NUMBER: 06-5687
                              & cons. cases

DOUGLASS BROOKS, ET AL.       SECTION: "N"(5)

## O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation or to move to amend his complaint as directed in the Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the motion to dismiss of defendant, Kathleen McGinnis, is granted.

New Orleans, Louisiana, this 10th day of July, 2007.

UNITED STATES DISTRICT JUDGE