UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GREGORY LAMONT MEANS            CIVIL ACTION

VERSUS            NUMBER: 06-5687
           & CON. CASES
DOUGLAS BROOKS, ET AL.

SECTION: "N"(5)

## REPORT AND RECOMMENDATION

On June 5, 2008, plaintiff's counsel filed an amended complaint in the above-captioned matter. (Rec. doc. 76). In his "preliminary statement" set forth in that pleading, counsel indicated that "[t]his First Supplemental and Amended Complaint applies only to 06-5703 and does not apply to 06-5697 and 06-5687 which may be dismissed." (Id. at p. 1)(emphasis added). Counsel for the defendants has been contacted and she has no opposition to the dismissal of those two of these three consolidated cases. Accordingly, it will be recommended that 06-CV-5697 and 06-CV-5687 be dismissed pursuant to Rule 41(a)(2), Fed.R.Civ.P.[1]/

## RECOMMENDATION

For the foregoing reasons, it is recommended that 06-CV-5697 and 06-CV-5687 be dismissed pursuant to Rule 41(a)(2), Fed.R.Civ.P.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 10 days after

---

[1]/The court will defer to the presiding District Judge as to whether these cases should be formally de-consolidated in light of the voluntary dismissal of the two lowest-numbered cases.

being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  <u>Douglass v. United Services Auto. Assoc.</u>, 79 F.3d 1415 (5th Cir. 1996) (en banc).

    New Orleans, Louisiana, this <u>15th</u> day of <u>  December  </u>, 2008.

                                                ALMA L. CHASEZ
                                  UNITED STATES MAGISTRATE JUDGE