UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GREGORY LAMONT MEANS

VERSUS

DOUGLAS BROOKS, ET AL.

CIVIL ACTION

NUMBER: 06-5687
& CON. CASES

SECTION: "N"(5)

## ORDER

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED**, that 06-CV-5697 and 06-CV-5687 are dismissed pursuant to Rule 41(a)(2), Fed.R.Civ.P.

New Orleans, Louisiana, this 21st day of January, 2009.

UNITED STATES DISTRICT JUDGE